# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERIC CAMPBELL,

        Plaintiff,         Case No. 05-C-1180

    v.

H.C. BRILL, INC.,

        Defendant.

## OPINION AND ORDER

Because the Plaintiff has income, the court ORDERS that his "Petition for Leave to Proceed in Forma Pauperis" (filed November 10, 2005) IS DENIED.

Unless the Plaintiff pays the filing fee to the Clerk of Court and files a copy of his right-to-sue letter within twenty days of the date of this Order, this action will be dismissed.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 16th day of November, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge