# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERIC CAMPBELL,

        Plaintiff,        Case No. 05-C-1180

    v.

H.C. BRILL, INC.,

        Defendant.

## OPINION AND ORDER

Because the Plaintiff has not tendered the filing fee to the Clerk of Court as ordered by this court on November 15, 2005, the court ORDERS that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Eric Campbell brought this action against Defendant H.C. Brill, Inc. before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the Plaintiff having failed to pay the filing fee,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 9th day of January, 2006.

<pre>
                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge
</pre>